**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **MAG. NO. 26-00333-N** |
| | * | |
| **KAYLA LEAANN SMITH** | * | |

**JOINT MOTION FOR LEAVE OF COURT TO FILE DOCUMENT UNDER SEAL**

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and the defendant, Kayla Leaann Smith ("Smith"), by and through her counsel, respectfully move the Court for leave to file a joint motion under seal. As grounds therefor, the parties submit that the subject matter of the pleading is sensitive and concerns confidential matters pertaining to the defendant and negotiations regarding potential resolution of this matter.

Accordingly, the parties respectfully ask the Court for leave to file the joint motion under seal.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: */s/ Justin D. Roller*
Justin D. Roller
George F. May
Assistant United States Attorneys
United States Attorney's Office
11 North Water Street, Suite 30100
Mobile, Alabama 36602
(251) 441-5845
justin.roller@usdoj.gov
george.may@usdoj.gov

<u>*/s/ Arthur J. Madden, III (with permission)*</u>
Arthur J. Madden, III
465 Dauphin Street
Mobile, Alabama 36602
(251) 432-0380
ajmadden@maddenandsoto.com

*Attorney for Defendant Kayla Leaann Smith*